IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01972-MEH-PAC

ALL STATES SHUTTLE, LLC, d/b/a All States Shuttle;
T&G, INC., d/b/a Denver Pro Express;
BELAYE T. DRESE, d/b/a Front Range Express, Inc.;
MILE HIGH EXPRESS TRANSPORTATION, d/b/a Mile High Express;
AMERICAN ALL STAR SHUTTLE & LIMO, LLC, d/b/a Denver City Express;
DAVID RUBY, d/b/a Road Runner Express;
MOHAMMAD JAVID AMINI, d/b/a Flying J. Shuttle;
SHAHLA SHAN, d/b/a EZ Transportation;
HANAREH CORPORATION, d/b/a Advance Airport Shuttle,
CENTENNIAL CAB, LLC, d/b/a A+ Airport Shuttle; and
AMERICAN SHUTTLE, INC.,

　　　　Plaintiffs,

v.

GREGORY E. SOPKIN, official capacity as Commissioner of Public Utilities Commission
of the State of Colorado;
POLLY PAGE, official capacity as Commissioner of Public Utilities Commission
of the State of Colorado;
CARL MILLER, official capacity as Commissioner of Public Utilities Commission
of the State of Colorado; and
PUBLIC UTILITIES COMMISSION OF THE STATE OF COLORADO,

　　　　Defendants.

## MINUTE ORDER GRANTING MOTION TO VACATE MOTION AND HEARING

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 15, 2006.**

　　　　For good cause shown, the Stipulated Motion to Vacate the Motion to Withdraw as Counsel [Filed June 14, 2006; Docket #63] is **granted.**

　　　　The Motion to Withdraw as Attorneys of Record [Filed May 16, 2006; Docket #43] is deemed **withdrawn** and **moot**. Additionally, the hearing on the Motion to Withdraw as Attorneys of Record which is scheduled for June 15, 2006, at 9:00 a.m., is hereby **vacated.**