IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01972-MEH-PAC

MO'S EXPRESS, LLC, d/b/a MO'S EXPRESS;
ALL STATES SHUTTLE, LLC, d/b/a ALL STATES SHUTTLE;
COLORADO EXPRESS AIRPORT SHUTTLE, LLC;
T&G, INC., d/b/a DENVER PRO EXPRESS;
BELAYE T. DRESE, d/b/a FRONT RANGE EXPRESS, INC.;
MILE HIGH EXPRESS TRANSPORTATION, INC., d/b/a MILE HIGH EXPRESS;
AMERICAN ALL STAR SHUTTLE & LIMO, LLC, d/b/a DENVER CITY EXPRESS;
DAVID RUBY, d/b/a ROAD RUNNER EXPRESS;
MOHAMMAD JAVID AMINI, d/b/a FLYING J. SHUTTLE;
SHAHLA SHAN, d/b/a EZ TRANSPORTATION;
HANAREH CORPORATION, d/b/a ADVANCE AIRPORT SHUTTLE;
CENTENNIAL CAB, LLC, d/b/a  A+ AIRPORT SHUTTLE; and
AMERICAN SHUTTLE, INC.,

    Plaintiff(s),

v.

GREGORY E. SOPKIN, POLLY PAGE, AND CARL MILLER, in their official capacities as Commissioners of the Public Utilities Commission of the State of Colorado; and
THE PUBLIC UTILITIES COMMISSION OF THE STATE OF COLORADO,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Vacate and Reset the Settlement Conference [filed June 14, 2006; Doc. No. 64] is **granted in part and denied in part** as follows:

    The Settlement Conference set for June 16, 2006 is **vacated.**

Dated:  June 16, 2006