IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01972-MEH-PAC

ALL STATES SHUTTLE, LLC d/b/a/ ALL STATES SHUTTLE, *et al.*,

    Plaintiffs,

v.

GREGORY E. SOPKIN, *et al.*,

    Defendants.

_____

## ORDER DENYING MOTION TO DEFER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 25, 2006**.

    Pending before the Court is the Defendants Motion to Defer the Filing of an Answer Until After the November 21, 2006 Status Conference (Docket #79).  Oral argument would not assist the Court in the resolution of this motion.

    In their motion, the Defendants request that the Court defer the due date for them to file their Answer to the Amended Complaint until after the November 21, 2006, status conference currently scheduled in this file.  Defendants speculate that the Order on Defendants' Motion to Dismiss (Docket #73) did not conclusively resolve the procedure that the Court desires to adopt in this matter, and therefore, the Court did not expect the Defendants to file an Answer following the issuance of its Order.  As argued by the Plaintiffs, and not refuted by the Defendants, Fed. R. Civ. P. 12(a) governs in this regard.  Therefore, absent a different time being fixed by order of the Court, the responsive pleading in this matter was due to be served within 10 days after notice of the Court's decision on the Motion to Dismiss which denied dismissal of Claims One and Two of the Amended Complaint.  *See* FED.R.CIV.P. 12(a)(4)(A).  Adding the three days which are provided by

Fed.R.Civ.P. 6(e) and/or District of Colorado Electronic Case Filing ("ECF") Procedures V.G.5. to this time, it appears that the responsive pleading in this regard was due on or before October 2, 2006.

Plaintiffs indicate, and Defendants do not challenge, that during discussions had in this regard and pursuant to D.C.Colo.L.Civ.R. 6.1, they had agreed to allow the Defendants "until the end of the week [of October 12, 2006,] to file an Answer." The instant motion was filed instead. Despite the fact that the Court's Order on Defendants' Motion to Dismiss Amended Complaint clearly sets forth in its conclusion which claims are dismissed and which claims remain in this action, the Court will give the Defendants the benefit of the doubt that they truly did not understand what this meant. However, there is no legal basis or authority provided by the Defendants as to why the filing of an Answer should be delayed until after the status conference in this matter. The Court is cognizant that counsel of record for the Defendants is out of the country until November 7, 2006.

Accordingly, it is hereby **ORDERED** that Defendants' Motion to Defer the Filing of an Answer Until After the November 21, 2006 Status Conference [Filed October 12, 2006; Docket #79] is **denied.** Defendants shall have until and including November 8, 2006, in which to file their Answer or other responsive pleading.

Dated at Denver, Colorado, this 25th day of October, 2006.

BY THE COURT:

s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge