IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01972-MEH-PAC

ALL STATES SHUTTLE, LLC, d/b/a All States Shuttle;
T&G, INC., d/b/a Denver Pro Express;
BELAYE T. DRESE, d/b/a Front Range Express, Inc.;
MILE HIGH EXPRESS TRANSPORTATION, d/b/a Mile High Express;
AMERICAN ALL STAR SHUTTLE & LIMO, LLC, d/b/a Denver City Express;
DAVID RUBY, d/b/a Road Runner Express;
MOHAMMAD JAVID AMINI, d/b/a Flying J. Shuttle;
SHAHLA SHAN, d/b/a EZ Transportation;
HANAREH CORPORATION, d/b/a Advance Airport Shuttle,
CENTENNIAL CAB, LLC, d/b/a A+ Airport Shuttle; and
AMERICAN SHUTTLE, INC.,

    Plaintiffs,

v.

GREGORY E. SOPKIN, official capacity as Commissioner of Public Utilities Commission
of the State of Colorado;
POLLY PAGE, official capacity as Commissioner of Public Utilities Commission
of the State of Colorado; and
CARL MILLER, official capacity as Commissioner of Public Utilities Commission
of the State of Colorado,

    Defendants.

---

ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

---

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

This matter has come before the Court upon the Stipulated Motion to Dismiss Without Prejudice filed by Plaintiffs Hanareh Corporation d/b/a Advance Airport Shuttle ("Advance Airport Shuttle") and Centennial Cab, LLC d/b/a A+ Airport Shuttle ("A+ Airport Shuttle) and the Defendants. The Court having reviewed said motion, and being fully advised in the premises,

It is hereby ORDERED that the Stipulated Motion to Dismiss Without Prejudice [Filed April 30, 2007; Docket #115] is **granted**. All claims by Plaintiffs Advance Airport Shuttle and A+ Airport

2

Shuttle against the Defendants are hereby dismissed, without prejudice, and with each of these parties to bear their own attorney's fees and costs.

Dated at Denver, Colorado, this 1st day of May, 2007.

BY THE COURT:

s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge