IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01972-MEH-MJW

ALL STATES SHUTTLE, LLC, d/b/a All States Shuttle;
T&G, INC., d/b/a Denver Pro Express;
BELAYE T. DRESE, d/b/a Front Range Express, Inc.;
MILE HIGH EXPRESS TRANSPORTATION, d/b/a Mile High Express;
AMERICAN ALL STAR SHUTTLE & LIMO, LLC, d/b/a Denver City Express;
DAVID RUBY, d/b/a Road Runner Express;
MOHAMMAD JAVID AMINI, d/b/a Flying J. Shuttle;
SHAHLA SHAN, d/b/a EZ Transportation;
HANAREH CORPORATION, d/b/a Advance Airport Shuttle,
CENTENNIAL CAB, LLC, d/b/a A+ Airport Shuttle; and
AMERICAN SHUTTLE, INC.,

      Plaintiffs,

v.

GREGORY E. SOPKIN, official capacity as Commissioner of Public Utilities Commission
of the State of Colorado;
POLLY PAGE, official capacity as Commissioner of Public Utilities Commission
of the State of Colorado;
CARL MILLER, official capacity as Commissioner of Public Utilities Commission
of the State of Colorado; and
PUBLIC UTILITIES COMMISSION OF THE STATE OF COLORADO,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 13, 2007.**

      David Ruby's Motion to Withdraw [Filed June 8, 2007; Docket #126] is **denied without prejudice**, for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer. Before re-filing the motion, Plaintiff must confer with counsel for Defendants and state Defendants' position in the motion, whether Defendants oppose or do not oppose the motion.

      The Local Rules can be found at the United States District Court, District of Colorado website, www.cod.uscourts.gov/rules_frame.htm.